AUSA: Katherine Cheng

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHARLES FOFIE JR.,

Defendant.

**24 MAG 4117**

RULE 5(c)(3)
AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss.:

Adam W. Henney, being duly sworn, deposes and says that he is a Postal Inspector with the United States Postal Inspection Service ("USPIS") and charges as follows:

On or about February 22, 2024, the United States District Court for the District of North Dakota issued a warrant (the "Arrest Warrant") for the arrest of "Charles FOFIE, JR." based on an indictment charging Fofie, Jr. in with one count of conspiring to distribute and possess with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B) (the "sealed Indictment"). Copies of the sealed Indictment and the Arrest Warrant are attached hereto.

I believe that CHARLES FOFIE JR., the defendant, who was taken into custody by the USPIS on November 25, 2024, in the Southern District of New York, is the same individual as the "Charles FOFIE, JR." who is named in the Arrest Warrant issued by the United States District Court for the District of North Dakota.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1. I am a Postal Inspector with USPIS. I have been personally involved in the investigation into "Charles FOFIE, JR." based in the District of North Dakota, and I have been personally involved in determining whether CHARLES FOFIE JR., the defendant, is the same person as "Charles FOFIE, JR." named in the Arrest Warrant from the United States District Court for the District of North Dakota. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my participation in the investigation in North Dakota and my review of documents from the United States District Court for the District of North Dakota, I know that, on or about February 22, 2024, the United States District Court for the District of North Dakota issued the Arrest Warrant for the arrest of "Charles FOFIE, JR." The Arrest Warrant was issued on a charge of conspiring to distribute and to possess with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B).

AUSA: Katherine Cheng

3. Based on my participation in this investigation and my conversations with other law enforcement officers, I am aware that on or about November 25, 2024 at approximately 10:45 a.m., I and other law enforcement officers arrested CHARLES FOFIE JR., the defendant, in the Bronx, New York.

4. Based on my participation in this investigation, including the arrest of CHARLES FOFIE JR. on November 25, 2024, my conversations with other law enforcement officers, and my review of law enforcement records, I believe that CHARLES FOFIE JR., the defendant, is the "Charles FOFIE, JR." named in the Arrest Warrant, for the reasons set forth below:

   a. At the time FOFIE JR. was arrested on November 25, 2024, he provided a New York driver's license that includes the name, height, weight, and a photograph of "Charles Fofie Jr," all of which appear to resemble FOFIE JR. In addition, the address listed on the driver's license was 1372 Ogden Ave 2C, Bronx, NY 10452, which is the address that FOFIE JR. was arrested near and the address at which I believed Charles FOFIE, JR., the subject of the Arrest Warrant, resided at based on my participation in this investigation.

   b. In addition, I am aware that on or about October 28, 2024, the Honorable Clare Hochhalter, United States Magistrate Judge for the District of North Dakota authorized a historical and prospective cellphone location tracking warrant for telephone number 347-443-4059, believed to be used by Charles FOFIE, JR., the subject of the Arrest Warrant. In the approximate thirty minutes leading up to FOFIE JR.'s arrest on November 24, 2024, I was present when a law enforcement officer called that phone number ending in -4059, which was answered by an individual who stated, in sum and substance that he was going to his apartment at 1372 Ogden Avenue in the Bronx. Several minutes later, I was present when a law enforcement officer called the phone number ending in -4059 again, and what sounded like the same individual answered and said he was coming up a hill located near 1372 Ogden Avenue in the Bronx. Moments after that phone call, CHARLES FOFIE JR., the defendant walked up the hill near 1372 Ogden Avenue and when asked by law enforcement officer if he was "Charles," the defendant answered affirmatively, before being arrested.

   c. I have reviewed a law enforcement photograph of the "Charles FOFIE, JR." named in the Arrest Warrant. Based on my review of that photograph, I believe that the man depicted in that photograph is CHARLES FOFIE JR., that is, the same man that law enforcement agents arrested in the Bronx, New York, on November 25, 2024.

5. Accordingly, I believe that the "Charles FOFIE, JR." who is sought in the Arrest Warrant is CHARLES FOFIE JR., the defendant.

AUSA: Katherine Cheng

WHEREFORE, I respectfully request that CHARLES FOFIE JR., the defendant, be imprisoned or bailed, as the case may be.

_____
Adam Henney
Postal Inspector
United States Postal Inspection Service

Sworn to before me this
25th day of November, 2024

_____
THE HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3